# Order

Michigan Supreme Court
Lansing, Michigan

April 7, 2010

139817

ARTINA TINSLEY HARDMAN,
   Plaintiff-Appellant,

v

CITY OF DETROIT, DETROIT POLICE
DEPARTMENT, POLICE OFFICER
ADRIEN CANNON, and POLICE
OFFICER URSULA MILLER,
   Defendants-Appellees,

and

POLICE OFFICER CHARO TURNER
and GEORGE WRIGHT,
   Defendants.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139817
COA: 284252
Wayne CC: 07-711915-NI

_____/

   On order of the Court, the application for leave to appeal the September 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

s0331

              Clerk